828 A.2d 1007

James WILSON, Claimant c/o Anne Wilson, Wife, and Anne Wilson, widow, Appellant,

v.

WORKERS' COMPENSATION APPEAL BOARD (ALLIED SIGNAL, INC. AND TRAVELERS INSURANCE CO.), Appellees.

Supreme Court of Pennsylvania.

July 21, 2003.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of July, 2003, the above noted appeal is hereby **QUASHED.**